UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Robert J. Riccio  
Mary M. Riccio  

Case No.: 19-28084  
Chapter: 7  
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

__Bunce D. Atkinson__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  
Clarkson S. Fisher US Courthouse  
402 East State Street  
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C Ferguson__ on __August 11, 2020__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  
97 Vine Street  
Bayville, NJ  
Value: $179,750.00

Liens on property:  
Specialized Loan Servicing  
8742 Lucent Blvd Ste 300  
Highlands Ranch, CO  
$146,443.28

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Bunce D. Atkinson, Chapter 7 Trustee  
Address: PO Box 8415, Red Bank, NJ 07701  
Telephone No.: (732) 530-5300

*rev.8/1/15*

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                      Case No. 19-28084-KCF
Robert J. Riccio                                            Chapter 7
Mary M. Riccio
         Debtors
                            CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Jul 09, 2020
                              Form ID: pdf905          Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2020.
db/jdb         Robert J. Riccio,    Mary M. Riccio,    385 Princeton Ave,    Bayville, NJ   08721-2345
518473111      American Express,    PO Box 1270,    Newark, NJ   07101-1270
518473115      Home Depot,    PO Box 9001010,    Louisville, KY   40290-1010
518473120      Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO   80129-2386
518473121      USAA,    10750 W Interstate 10,    San Antonio, TX   78288-1600
518473122      USAA Federal Savings,    385 Princeton Ave,    Bayville, NJ   08721-2345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2020 23:31:27      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2020 23:31:25       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ   07102-5235
518473112       E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 23:38:19      Care Credit,    Synchrony Bank,
                 PO Box 960061,    Orlando, FL   32896-0061
518473114       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 09 2020 23:31:09       Comenity Boscov's,
                 PO Box 659622,    San Antonio, TX   78265-9622
518473116       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 09 2020 23:31:09       HSN,   PO Box 659707,
                 San Antonio, TX   78265-9707
518473113       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 09 2020 23:38:23      Chase Card,
                 PO Box 1423,    Charlotte, NC   28201-1423
518473117       E-mail/Text: bncnotices@becket-lee.com Jul 09 2020 23:30:43      Kohl's Payment Center,
                 PO Box 2983,    Milwaukee, WI   53201-2983
518473118       E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 23:37:14      Lowe's,    PO Box 530914,
                 Atlanta, GA   30353-0914
518473119       E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 23:37:46      QVC,   PO Box 530905,
                 Atlanta, GA   30353-0905
518475192      +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 23:37:15      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2020                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
          Bunce Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,    NJ09@ecfcbis.com,
           maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com
          Bunce Atkinson    bunceatkinson@aol.com,   NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,
           atkinson@remote7solutions.com
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           Deutsche Alt-B Securities, Mortgage Loan Trust, Series 2006-AB4 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           Deutsche Alt-B Securities, Mortgage Loan Trust, Series 2006-AB4 rsolarz@kmllawgroup.com
          Regina L. Gelzer    on behalf of Debtor Robert J. Riccio gelzerlaw2@live.com
          Regina L. Gelzer    on behalf of Joint Debtor Mary M. Riccio gelzerlaw2@live.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```